UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR215-024 |
| | ) | |
| v. | ) | |
| | ) | |
| MELISSA FAITH NEWSOME | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on September 9, 2015, a federal grand jury sitting in the Southern District of Georgia returned a twenty-count Indictment against Defendant Melissa Faith Newsome charging violations of 18 U.S.C. § 1344(2) (Counts One through Ten – Bank Fraud), and 18 U.S.C. § 1028A(a)(1) (Counts Eleven through Twenty – Aggravated Identity Theft);

WHEREAS, the Indictment sought forfeiture pursuant 18 U.S.C. § 982(a)(2)(A) of any property constituting or derived from proceeds obtained directly or indirectly as a result of such violations charged in Counts One through Ten of the Indictment, including but not limited to, a sum of money, not less than $200,000, with said sum representing the amount of proceeds obtained as a result of such violations charged in Counts One through Ten, and all property, real or personal, traceable to such property;

WHEREAS, the Indictment further provided for the forfeiture of substitute assets pursuant to 21 U.S.C § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), of any other property of Defendant up to the value of the property subject to forfeiture;

WHEREAS, on January 12, 2016, pursuant to written plea agreement, Defendant pled guilty to Count Nine of the Indictment charging a violation of 18 U.S.C. § 1344(2), Bank Fraud;

WHEREAS, pursuant to her plea agreement, Defendant agreed to entry of an Order of Forfeiture reflecting a money judgment in the sum of $200,000.00, with said sum constituting proceeds Defendant obtained directly or indirectly as a result of the wire fraud scheme to which she pled guilty; and

WHEREAS, pursuant to her plea agreement, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 982(a)(2)(A), Defendant shall forfeit to the United States the sum of $200,000.00, in the form of a money judgment, reflecting the proceeds obtained directly or indirectly as a result of Defendant's offense of conviction.

2. This Court shall retain jurisdiction for the purpose of enforcing this Order.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to Defendant at the time of sentencing, be made part of the sentence, and be included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property to satisfy the money judgment in whole or in part.

5. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Theodore S. Hertzberg, United States Attorney's Office for the Southern District of Georgia, P.O. Box 8970, Savannah, Georgia 31412.

Date: May 2, 2016

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

Theodore S. Hertzberg
Assistant United States Attorney
New York Bar Number 4683074
P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

Date: 4/r/16

Melissa Faith Newsome
Defendant
Date: 4-28-16

Keith Higgins, Esq.
Attorney for Defendant
Date: 4/29/16

- 3 -